**Nick G. Stangarone and Frank Gloriosa, appellees, v. Madison & Kedzie State Bank, appellant. Gen. No. 33,865.**

Heard in the third division of this court for the first district at the October term, 1929. Opinion filed December 10, 1930. Rehearing denied January 5, 1931.

Isaac B. Lipson, for appellant; Randolph Thornton, of counsel. A. S. & E. W. Froehlich, for appellees.

Mr. Justice Hebel delivered the opinion of the court.

**Frank Husar, trading as The Illinois Surgical Supply Company, appellant, v. Margaret Holubey, appellee. Gen. No. 33,883.**

Heard in the third division of this court for the first district at the October term, 1929. Opinion filed December 10, 1930.

Nathan Shefner, for appellant. No appearance for appellee.

Mr. Justice Hebel delivered the opinion of the court.

**George Frederiksen, administrator of the estate of Hannah C. Frederiksen, deceased, appellee, v. Hinkamp & Company, Inc. et al., defendants, on appeal of City of Chicago, appellant. Gen. No. 33,903.**

Heard in the third division of this court for the first district at the October term, 1929. Opinion filed December 10, 1930.

Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellant; Theodore Levin, N. J. Hughes and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Finn & Miller, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

**The People of the State of Illinois, defendant in error, v. Aaron Moshiek and Morris Bogolowski, plaintiffs in error. Gen. No. 33,982.**

Heard in the third division of this court for the first district at the December term, 1929. Opinion filed December 10, 1930.

Louis Greenberg, for plaintiffs in error. John A. Swanson, State's Attorney, for defendant in error.

Mr. Justice Hebel delivered the opinion of the court.